## Commonwealth ex rel. Martinas, Appellant, v. Myers.

736

Submitted September 13, 1965. *Isaac Martinas,* appellant, in propria persona; *William G. Klenk, II,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.